No. 21-60171

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

JOSEPH THOMAS; VERNON AYERS; MELVIN LAWSON,

*Plaintiffs – Appellees*

v.

TATE REEVES, Governor of the State of Mississippi, all in the official capacities of their own offices and in their official capacities as members of the State Board of Election Commissioners; MICHAEL WATSON, Secretary of State of the State of Mississippi, all in the official capacities of their own offices and in their official capacities as members of the State Board of Election Commissioners; LYNN FITCH, Attorney General of the State of Mississippi, all in the official capacities of their own offices and in their official capacities as members of the State Board of Election Commissioners,

*Defendants – Appellants*

On Appeal from the United States District Court for the Southern District of Mississippi; USDC No. 3:18-cv-00441-CWR-FKB

## UNOPPOSED MOTION TO DISMISS APPEAL

TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

　　All parties to this appeal agree to the filing of this Unopposed Motion to Dismiss Appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

1.  The parties have settled the underlying dispute that is the subject of this appeal, and, as a result, the Defendants-Appellants no longer wish to have this Court decide the merits of the appeal.

2.  By agreeing to this motion to dismiss, the parties stipulate as required by Rule 42(b) that each party shall bear its own costs and any fees arising from this appeal.

3.  Accordingly, the Defendants-Appellants to this appeal respectfully request that the Court grant the Unopposed Motion to Dismiss Appeal.

Respectfully submitted this the 23rd day of April, 2021.

*s/ Tommie S. Cardin*

TOMMIE S. CARDIN (MSB #5863)
B. PARKER BERRY (MSB #104251)
BUTLER SNOW LLP
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 985-4570
Fax: (601) 985-4500
E-mail: tommie.cardin@butlersnow.com
E-mail: parker.berry@ butlersnow.com

## CERTIFICATE OF SERVICE

I, Tommie S. Cardin, hereby certify that all parties have agreed to this motion and that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This the 23rd day of April, 2021.

*s/ Tommie S. Cardin*
TOMMIE S. CARDIN

58272256.v1